1  Brian R. Strange, Bar No. 103252
   E-mail: lacounsel@earthlink.net
2  Gretchen Carpenter, Bar No. 180525
   E-mail: gcarpenter@strangeandcarpenter.com
3  STRANGE & CARPENTER
   12100 Wilshire Blvd., Suite 1900
4  Los Angeles, California 90025
   Tel: (310) 207-5055
5  Fax: (310) 826-3210

6  Attorneys for Respondent Pamela F. Alvarez

7

8

9                 UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  QUALXSERV, LLC,                    )  Case No.: C06-5956 JSW
                                       )
13                    Petitioner,      )  Assigned for All Purposes to Honorable
                                       )  Jeffrey S. White
14  vs.                                )
                                       )
15  PAMELA F. ALVAREZ,                 )  **STIPULATION MODIFYING BRIEFING**
                                       )  **SCHEDULE ON MOTION TO DISMISS;**
16                    Respondent.      )  ~~[PROPOSED]~~ **ORDER**
                                       )
17  _____)  Date:  January 26, 2007
                                          Time:  9:00 a.m.
18                                        Place: Courtroom No. 2, 17th Floor

19                                        Petition Filed:  September 26, 2006

20

21         WHEREAS, on November 2, 2006, Respondent filed a motion to dismiss this Petition,

22  which is currently scheduled for hearing on January 26, 2007;

23         WHEREAS, on November 3, 2006, this Court issued an Order Setting Briefing Schedule,

24  ordering Petitioners' opposition brief to be filed by Monday, November 20, 2006 and

25  Respondent's reply brief to be filed by Monday, November 27, 2006, and further stating that

26  "[i]f the parties wish to modify this schedule, they may submit for the Court's consideration a

27  stipulation and proposed order demonstrating good cause for any modification requested";

28

                                          1

Case No.: C06-5956 JSW — Stipulation Modifying Briefing Schedule on Motion to Dismiss;
                          ~~[Proposed]~~ Order

1  WHEREAS, for good cause, in light of the Thanksgiving holidays on November 23 and

2  24, 2006, and one of Respondent's counsel's vacation days on November 22, 2006,

3  Respondent's counsel have requested that Petitioners stipulate to an extension of their deadline

4  to file Respondent's reply brief, in order to give her counsel more than two days to prepare it;

5  and

6  WHEREAS, Petitioners have agreed to extend Respondent's deadline to file her reply

7  brief, subject to the same extension of Petitioners' time to file their opposition brief.

8  THEREFORE, for good cause, the parties hereby stipulate that Petitioners' opposition to

9  Respondent's motion to dismiss will be due on November 22, 2006, and Respondent's reply will

10  be due on December 1, 2006.

11  DATED: November 16, 2006

Respectfully Submitted,

STRANGE & CARPENTER

By: _____
Brian R. Strange
Gretchen Carpenter
Attorneys for Respondent

16  Dated: November 15, 2006

By: _____
Thomas S. Brigham
Attorneys for Petitioner

20  **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

22  Dated: ___November 17, 2006___, 2006

/s/
_____
Hon. Jeffrey S. White
United States District Court Judge
By Honorable Phyllis J. Hamilton

2

Case No.: C06-5956 JSW — Stipulation Modifying Briefing Schedule on Motion to Dismiss; [Proposed] Order