IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

QUALXSERV, INC.,

    Petitioner,

v.

PAMELA F. ALVAREZ,

    Respondent.

                               /

No. C 06-05956 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION**

      This matter is set for a hearing on February 23, 2007 on Petitioner's Motion to Compel Arbitration. The Court HEREBY ORDERS that Respondent's opposition brief to this motion shall be due by Monday, January 8, 2007 and Petitioner's reply brief shall be due by Monday, January 15, 2007.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: December 22, 2006

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE